1018

No. 87–5899.  SMITH v. COLEMAN ET AL.  C. A. 5th Cir.
Certiorari denied.

No. 87–5900.  MICKENS v. DUCKWORTH, SUPERINTENDENT,
INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari de-
nied.

No. 87–5906.  BEECHAM v. SCROGGY, WARDEN.  C. A. 6th
Cir.  Certiorari denied.

No. 87–5907.  GLIDEWELL v. BURDEN, WARDEN.  C. A. 11th
Cir.  Certiorari denied.

No. 87–5908.  DICE v. BOLDEN ET AL.  C. A. 6th Cir.  Certio-
rari denied.

No. 87–5914.  SPANN v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 87–5924.  GRAF v. UNITED STATES.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 87–5925.  DAVID v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 87–5934.  GALONIS v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 87–5939.  EVERETT v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 87–5941.  SUAREZ v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 87–5942.  O'DELL v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 87–5948.  ANDERSON v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 87–5950.  COFIELD v. MERIT SYSTEMS PROTECTION
BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 87–5952.  JUDD v. UNITED STATES ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 87–5955.  HOWARD v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.